## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH,  Plaintiff,  v.  EUSEBIO MONTEJO,  Defendant. | No. 2:19-cv-1874 DB P  **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Shawn Damon Barth, CDCR # AI-1662, a necessary and material witness in a settlement conference in this case on January 19, 2021, is confined in San Quentin State Prison (SQSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney, by telephonic-conferencing from his place of confinement, on Tuesday, January 19, 2021 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephonic-conferencing, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Telephonic-conferencing connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at San Quentin State Prison at (415) 454-6288 or via email.

4. If prison officials have any questions concerning the telephonic connection or difficulty connecting, they shall contact Judy Streeter, Courtroom Deputy, at jstreeter@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, San Quentin State Prison, San Quentin, California 94974:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, by telephonic-conferencing, until completion of the settlement conference or as ordered by the court.

////

////

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  December 7, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/bart1874.841T