UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EUSEBIO MONTEJO,<br><br>　　　　Defendant. | No.  2:19-cv-1874 DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action, has requested appointment of counsel and complains of retaliatory actions against him at San Quentin State Prison. This court finds no basis upon which to appoint counsel for plaintiff. See Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991) (In certain exceptional circumstances, the district court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). However, this court is concerned about plaintiff's allegations. Defendant's counsel will be ordered to provide a response to plaintiff's filing, with particular attention paid to plaintiff's allegation that he lacks writing and legal materials.

Accordingly, IT IS HEREBY ORDERED that

1. Plaintiff's motion for the appointment of counsel (ECF No. 31) is denied.

////

////

1

2. Defendant's counsel shall contact the litigation coordinator at San Quentin State Prison regarding the allegations in plaintiff's motion.  No later than December 29, 2020, counsel shall file a statement which addresses plaintiff's allegations.

Dated: December 16, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/bart1874.31