UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONTEJO,<br><br>　　　　Defendant. | No.  2:19-cv-1874 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se.  On January 19, 2021, a settlement conference was held.  Because this case did not settle, defendant must file an answer or other responsive pleading.

Accordingly, IT IS HEREBY ORDERED that within thirty days of the filed date of this order, defendant shall file an answer to the second amended complaint or other responsive pleading.

Dated:  January 21, 2021

DLB:9
DB/prisoner-civil rights/bart1874.answ

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1