UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH,<br><br>   Plaintiff,<br><br>   v.<br><br>EUSEBIO MONTEJO,<br><br>   Defendant. | No. 2:19-cv-1874 DB P<br><br><br>ORDER |

   Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendant was deliberately indifferent to his medical needs, retaliated against him, and discriminated against him. Presently before the court is defendant's motion to modify the discovery and scheduling order. (ECF No. 62.) Counsel for defendant seeks an additional fourteen days to file a dispositive motion. Good cause appearing the court will grant the motion.

////
////
////
////
////
////
////

1

Accordingly, IT IS HERERBY ORDERED that:

1. Defendant's motion to modify the discovery and scheduling order (ECF No. 62) is granted;

2. Dispositive motions shall be filed on or before December 7, 2021; and

3. All other aspects of the court's February 22, 2021 discovery and scheduling order shall remain in effect.

Dated: November 30, 2021

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/bart1874.eot(d)2