UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH, | No. 2:19-cv-1874 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| EUSEBIO MONTEJO, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendant was deliberately indifferent to his medical needs, retaliated against him, and discriminated against him. Presently before the court is defendant's motion for an extension of time to file a reply to plaintiff's opposition to the motion for summary judgment. (ECF No. 79.) Counsel for defendant seeks an additional fourteen days to file a reply. Good cause appearing the court will grant the motion.

Accordingly, IT IS HERERBY ORDERED that:

1. Defendant's motion for an extension of time (ECF No. 79) is granted; and

2. The reply shall be filed on or before May 31, 2022.

Dated: May 13, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/bart1874.eot  reply

1