1

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

10 SHAWN DAMON BARTH,                    No.  2:19-cv-1874 DB P

11          Plaintiff,

12     v.                                ORDER

13 EUSEBIO MONTEJO,

14          Defendant.

15

16          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42

17 U.S.C. § 1983.  Plaintiff claims that defendant was deliberately indifferent to his medical needs,

18 retaliated against him, and discriminated against him.  Presently before the court is plaintiff's

19 request for relief from judgment.  (ECF No. 83.)  For the reasons set forth below, the undersigned

20 will construe the motion as a motion for reconsideration and deny the motion as premature.

21          Plaintiff argues that the court should grant him relief pursuant to Federal Rule of 60(a).

22 (ECF No. 83.)  Plaintiff alleges that there was "an oversight" because his declaration attached to

23 his opposition was "not mentioned when reciting [the] 'Disputed Facts' and/or when ascertaining

24 the presence of genuine material facts in dispute."  (Id. at 1.)  He further argues that the

25 undersigned erred when omitting information contained in plaintiff's sworn declaration.  (Id. at

26 2.)

27          Defendant filed an opposition to plaintiff's request for relief from judgment.  (ECF No.

28 85.)  Therein, defendant argues that relief under Rule 60(a) is inappropriate because plaintiff has

1

failed to identify a clerical mistake, oversight, or omission, he fails to raise a genuine issue of material fact concerning his retaliation, deliberate indifference, and equal protection claims.  (Id.)

Rule 60(a) states the court may correct a mistake "whenever one is found in a judgment, order, or other part of the record."  However, the arguments raised in plaintiff's motion for relief from judgment are better considered along with his objections[1] to the undersigned's findings and recommendations.  Accordingly, the undersigned will deny plaintiff's motion without prejudice to its renewal should the district court adopt the undersigned's November 29, 2022, findings and recommendations.

For the reasons set forth above, IT IS HEREBY ORDERED that plaintiff's request for relief from the court's November 29, 2022, findings and recommendations (ECF No. 83) is denied without prejudice.

Dated:  March 15, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil.Rights/R/bart1874.relief

---

[1] Plaintiff's objections to the November 29, 2022, findings and recommendations were filed on the docket on December 22, 2022.  (ECF No. 84.)

2