UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH,<br><br>   Plaintiff,<br><br>   v.<br><br>EUSEBIO MONTEJO,<br><br>   Defendant. | No. 2:19-cv-1874 WBS DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that defendant was deliberately indifferent to his medical needs, retaliated against him, and discriminated against him. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 29, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 82.) Plaintiff has filed objections[1] to the findings and recommendations. (ECF No. 84.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

---

[1] Plaintiff also filed a request for relief from judgment (ECF No. 83) that the magistrate judge determined would be better construed as arguments in objections to the findings and recommendations. (ECF No. 90.)

1

1  court finds the findings and recommendations to be supported by the record and by proper
2  analysis.
3         Accordingly, IT IS HEREBY ORDERED that:
4         1. The findings and recommendations filed November 29, 2022, (ECF No. 82) are
5  adopted in full; and
6         2. Defendant's motion for summary judgment is granted.
7  Dated: March 24, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/bart1874.805