UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH, | No. 2:19-cv-1874 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| EUSEBIO MONTEJO, | |
| Defendant. | |

Plaintiff is a state prisoner who was proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On March 24, 2023, this case was closed and judgment was entered in favor of defendant. (ECF Nos. 92, 93.) Presently before the court is plaintiff's request for status dated April 29, 2023. (ECF No. 98.)

Plaintiff states a notice of appeal was mailed to the court on April 19, 2023. (Id. at 1.) He further states that the notice of appeal does not appear on the docket. A notice of appeal has not been filed on the docket in this action.

Plaintiff attached copies of his request for a fee waiver as well as proof of service form indicating that plaintiff served a notice of appeal. (Id. at 7.) However, the form is addressed to the Sacramento County Superior Court. (Id.) Thus, it appears that a notice of appeal was not sent to this court.

While it is clear that plaintiff intended to file a notice of appeal, the undersigned declines to construe plaintiff's April 29, 2023, request for status as a notice of appeal. To the extent

1

1  plaintiff intends to appeal the judgment in this action he is advised to review the requirements for

2  filing a notice of appeal, a motion for an extension of time to file a notice of appeal, and

3  reopening the time to file an appeal set forth in Federal Rule of Appellate Procedure 4(a).

4      IT is so ORDERED.

5  Dated: May 14, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil.Rights/R/bart1874.status